UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
RUNI J KREML

CASE NO. 04 B 27950

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-7942

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/28/04 and confirmed on 12/28/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 32085.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY BANK | SECURED | .00 | .00 | .00 |
| DEERE CREDIT SERVICES | SECURED | .00 | .00 | .00 |
| AAA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11563.65 | 754.91 | 11563.65 |
| ROUNDUP FUNDING LLC | UNSECURED | 958.39 | 62.59 | 958.39 |
| ECAST SETTLEMENT CORP | UNSECURED | 708.60 | 46.30 | 708.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6830.48 | 445.95 | 6830.48 |
| DISCOVER BANK | UNSECURED | 7795.60 | 508.95 | 7795.60 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 27856.72 | .00 | 27856.72 |
| PRINCIPAL PAID | .00 | .00 | 27856.72 | .00 | 27856.72 |
| INTEREST PAID | .00 | .00 | 1818.70 | .00 | 1818.70 |
| TOTAL PAID | .00 | .00 | 29675.42 | .00 | 29675.42 |

The Debtor's attorney, CHRISTINE R PIESIECKI         , was allowed $   2000.00 and was paid $   1000.00   direct and $   1000.00   through the plan.

The Trustee received $   1400.72 .

Refunds to the Debtor totaled $      8.86 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 07/18/08                                /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

                              PAGE  2
     CASE NO. 04 B 27950 RUNI J KREML